UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-9882 DSF (JPRx) | Date | 2/9/16 |
| Title | Murshida Islam v. Garfield Beach, LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order DENYING Plaintiff Murshida Islam's Motion to Remand (Dkt. 12)

Plaintiff Murshida Islam moves to remand her employment discrimination case, alleging the parties are not diverse and the amount in controversy does not exceed $75,000.  The Court finds the motion suitable for disposition without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The hearing set for February 22, 2016, is removed from the Court's calendar.  For the reasons stated in the Opposition, Plaintiff's motion is denied. [1]

IT IS SO ORDERED.

---

[1]  The Court obviously does not rely on Defendant's argument that the Motion should be denied because it is procedurally defective.  The Court must remand a removed action if it lacks subject matter jurisdiction even if neither party raises the issue.